IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL WILLIAMS, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CARL MILLER, et al., )<br>)<br>    Defendants. ) | Case No. 3:04-cv-342-MJR |

**ORDER**

This matter is before the Court on the Motion for Extension of Time filed by the defendants on September 8, 2006 (Doc. 40).

On June 29, 2006, this Court granted the parties until September 8, 2006 to file dispositive motions (Doc. 38). That Order marked the fourth time that this Court extended the dispositive motion filing deadline, which originally was set for February 6, 2006. This fact was highlighted in the June 29, 2006 Order in which this Court stated: "As these deadlines have already been extended on multiple occasions, they will not be extended any further unless there is an abundant showing of good cause."

In the present motion, which was filed on the date of the very deadline sought to be extended, the defendants merely state: "The undersigned counsel for the defendants is unable to file a well-supported motion for summary judgment by the deadline, however" and that no prejudice will ensue. There is not indication of why the dispositive motion could not be filed within the deadline. Thus, there has been no showing of cause and certainly no showing of abundant good cause.

This Court is not satisfied with such a bare motion that neither attempts to comport with the Federal Rules of Civil Procedure nor the Orders of this Court. The defendants are

**WARNED** that the failure to comply with the requirements of the Federal Rules or the Orders of this Court will not be tolerated in the future and may result in the denial of any future such motions without discussion.

Nonetheless, and in this one instance, the motion for extension of time is **GRANTED.** The defendants may have until **September 22, 2006** to file their dispositive motions.


**DATED: September 14, 2006**

*s/ Donald G. Wilkerson*
**DONALD G. WILKERSON**
**United States Magistrate Judge**
