IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL WILLIAMS,           ) | |
| )                            | |
| Plaintiff,                 ) | |
| )                            | |
| v.                         ) | Case No. 04-cv-0342-MJR |
| )                            | |
| CARL MILLER,               ) | |
| CHARLES HINSLEY,           ) | |
| SHELTON FREY, and          ) | |
| ROGER WALKER,              ) | |
| )                            | |
| Defendants.                ) | |

## ORDER ON MOTIONS IN LIMINE

REAGAN, District Judge:

Having reviewed Plaintiff's motions in limine and Defendants' responses, the Court now rules as follows.

**Doc. 75**  Plaintiff's Motion to Exclude Evidence Re: His "Unrelated Lawsuits" Against DOC Employees

**Granted Provisionally**. If defense counsel believe Plaintiff somehow has "opened the door" to this line of testimony at trial (or believe there are other grounds for its admission), they should seek a sidebar ruling *before* introducing any evidence on this issue.

**Doc. 76**  Plaintiff's Motion to Exclude Evidence or Assertion of Gang Association, Gang Tattoos or Similar Evidence

**Granted Provisionally**. If defense counsel believe Plaintiff somehow has "opened the door" to this line of testimony at trial (or believe there are other grounds for its admission), they should seek a ruling at sidebar *before* introducing any evidence on this issue.

**Doc. 77**  Plaintiff's Motion to Exclude Evidence Re: Prior Convictions, Criminal Record and "Flee Status"

**Granted** (without objection) as to flee status. **Denied** as to prior convictions as long as the parameters and foundational requirements of Federal Rule of Evidence 609 are followed/satisfied.

**Doc. 78**     Plaintiff's Motion to Exclude Evidence Re:
                His Prior Religious Conversions
**Denied.**


**Doc. 79**     Plaintiff's Motion to Exclude Evidence Re:
                Certain Conversations with Alan Mills
**Denied At This Time**. The admissibility of this evidence substantially depends upon the facts developed at trial and the laying of an appropriate foundation. Thus, a ruling at this juncture would be premature.

All pending motions have been resolved, and all motion deadlines have expired. Proposed jury instructions are to be submitted in the undersigned District Judge's chambers (attention: law clerk Sheila) by 4:00 pm on Thursday, January 24, 2008. Counsel should carefully follow the detailed instructions on Judge Reagan's web page as to how the proposed jury instructions should be prepared, clipped, marked, etc. Trial will proceed at 9:00 am on Monday, January 28, 2008.

IT IS SO ORDERED.

DATED this 22nd day of January 2008.

s/ Michael J. Reagan
MICHAEL J. REAGAN
UNITED STATES DISTRICT JUDGE